# EXHIBIT A

**FLASH DRIVE CONTAINING
RALEIGH POLICE DEPARTMENT
VIDEO RECORDINGS**

**TO BE FILED MANUALLY**